# United States District Court

**FILED**

FEB 0 5 2008

ROBERT D. DENNIS, CLERK
U.S. DIST. COURT, WESTERN DIST. OF OKLA.
BY_____ DEPUTY

<u>WESTERN</u> DISTRICT OF <u>OKLAHOMA</u>

UNITED STATES OF AMERICA
V.
D'ANGELO TYREE McCORVEY
a/k/a "Popcorn", a/k/a "Corn"
a/k/a "Popcorn Deuce",

**CRIMINAL COMPLAINT**

CASE NUMBER: M-08- 20 -P

<small>(Name and Address of Defendant)</small>

I, the undersigned complainant being duly sworn state the following is true and correct to the best of my knowledge and belief.

## COUNT 1

On or about June 6, 2007, at 2109 NE 22nd Street, Oklahoma City, Oklahoma, in the Western District of Oklahoma, defendant knowingly and intentionally, distributed approximately 0.1 grams of cocaine base (crack), a Schedule II controlled substance, to a confidential informant,

in violation of Title 21, United States Code, Section 841(a)(1).

## COUNT 2

On or about June 12, 2007, at 2109 NE 22nd Street, Oklahoma City, Oklahoma, in the Western District of Oklahoma, the defendant, after having been convicted of a crime punishable by imprisonment for a term exceeding one year, knowingly and unlawfully possessed a firearm, that is, a Llama Max-I, .45 caliber pistol with a laser pointer, serial number 07-04-03821-98 and a magazine with seven .45 caliber bullets loaded in the gun, which was in or affecting interstate commerce in that the firearm and ammunition had previously crossed state lines to reach the State of Oklahoma,

in violation of Title 18, United States Code, Section 922(g)(1).

I further state that I am a(n) Special Agent of the Federal Bureau of Investigation and that this complaint is based on the following facts:

See attached Affidavit of Special Agent Gary R. Johnson, Federal Bureau of Investigation, which is incorporated and made a part hereof by reference.

Continued on the attached sheet and made a part hereof:     X Yes     No

*[Signature]*
Signature of Complainant
GARY R. JOHNSON
Special Agent
Federal Bureau of Investigation

Sworn to before me and subscribed in my presence, on this ___5th___ day of ~~January~~ February, 2008, at Oklahoma City, Oklahoma.

GARY M. PURCELL
UNITED STATES MAGISTRATE JUDGE
Name & Title of Judicial Officer

*[Signature]*
Signature of Judicial Officer

WESTERN DISTRICT OF OKLAHOMA

OKLAHOMA CITY, OKLAHOMA

State of OKLAHOMA        )
                         )
County of Oklahoma       )
                         )

## AFFIDAVIT

I, GARY JOHNSON, being duly sworn, do hereby state as follows:

I am a Special Agent (SA) with the Federal Bureau of Investigation (FBI) and have been employed as such for twelve and one-half years.

My employment with the FBI has vested me with the authority to investigate violations of Federal Laws, including Title 21, U.S.C., Sections 841(a)(1), 843(b) and 846, unlawful distribution of drugs, and related charges, and Title 18, U.S.C., Section 922(g)(1), possessing a firearm or ammunition after a felony conviction.

The information contained in this affidavit is known to me as a result of my own investigation and based on reports provided to me by Oklahoma City Police Department (OCPD).

Members of the OCPD Springlake IMPACT Unit notified me in December 2007 and advised that on June 12, 2007, they had arrested a member of the 107 Hoover Crips gang, **D'Angelo Tyree McCorvey**, aka **Popcorn**, aka **Corn**, aka **Popcorn Deuce**, for possession and manufacturing of a controlled and dangerous substance. The detectives advised that a gun was found at the residence where **McCorvey** was arrested and that he is a convicted felon.

On June 6, 2007, an OCPD confidential informant (CI) made a controlled purchase of approximately 0.1 grams of crack cocaine from an individual known to him/her as **Corn**. Prior to the controlled purchase, the CI was not familiar with **Corn (McCorvey)**. This CI has worked with OCPD as a CI since 2005. Reliable information provided by the

1

1   CI has resulted in more than four felony arrests. The CI has provided information to OCPD
2   in the past that has been proven to be true and correct through independent investigations by
3   OCPD. The controlled purchase occurred at 2109 NE 22nd Street, Oklahoma City,
4   Oklahoma. An OCPD detective showed the CI a photograph of **McCorvey** who he/she
5   identified as the **Corn** he/she purchased crack cocaine from.
6            On June 12, 2007, OCPD Springlake Impact Unit executed a state search
7   warrant at the residence of 2109 NE 22nd Street. When officers approached the residence,
8   a subject later identified as **McCorvey** began running through the house, exiting the rear
9   and going back to the front where he was taken into custody near the driveway of the
10  residence.
11           Inside the residence, in the southeast bedroom, a Llama Max-I 45 caliber
12  pistol with a laser pointer and a magazine containing seven 45 caliber bullets were found.
13  The magazine was loaded into the gun although there was not a bullet in the chamber.
14           In that same bedroom, there were several items of mens clothing found.
15  There was a gang journal with the moniker "**Corn**" written on the top. "**Corn**" is a known
16  alias of **McCorvey**. There was a letter from Midwest City Municipal Court addressed to
17  **McCorvey**. The address listed only a city (Midwest City).
18           In a basket of clothes in the same bedroom, a set of digital scales were found
19  hidden in a sock. The digital scales had a residue on them which field tested positive for
20  cocaine base(crack). In the hall closet, another set of digital scales was found which had a
21  residue on them which field tested positive for cocaine base(crack). There were several
22  pants that had a waist size of 34.
23           In the living room, there was a pair of mens shorts that had a waist size of
24  34. **McCorvey** is approximately 5'9" and 165 pounds. Based on my experience, a pair of
25  mens shorts or pants with a waist size of 34 would fit a man **McCorvey's** height and
26  weight. There was $246 in the right front pocket of the shorts. Underneath a sofa pillow in
27  the living room was 11.6 grams of crack cocaine in a baggie, 3.8 grams of crack cocaine in
28  a separate baggie, and 1.9 grams of marijuana in another baggie. These substances field

tested positive as indicated, and have been submitted for further laboratory analysis. On the entertainment center was a City of Oklahoma City utility bill in the name of **D'Angelo McCorvey**, 2109 NE 22nd Street, Oklahoma City, Oklahoma.

In the kitchen, a glass measuring cup with residue, which tested positive for cocaine base (crack), was found along with one box of partially used baking soda. These items are commonly used to manufacture crack cocaine.

Also present during the search warrant was Rachel Elizabeth Ossai, aka Sunkist. She was read her Miranda Rights by a detective from the OCPD Springlake Impact Unit. Ossai agreed to be interviewed and waived her Miranda Rights. Ossai said she didn't really live there because she didn't like what had been going on at that residence and therefore she and her 6 year-old child have been living at her friends house. Ossai would not elaborate on what had been going on at the residence that she didn't like.

Ossai said **McCorvey** is at that residence most of the time and stays in the southeast bedroom. Ossai would not discuss the narcotics or gun found in the residence other than to say, "I don't know whose it is." Ossai told the detective that she is a member of the 107 Hoover Crips gang. Ossai also stated that Little T stays in the house in northeast bedroom. Law enforcement have not been able to identify Little T at this point. **McCorvey** and Ossai were the only two present at the residence during the time of the search warrant.

While being transported to jail, **McCorvey** told the transporting OCPD officer that he, "would not be around to see it because someone was gonna blow his sh** loose." While booking **McCorvey** into jail, **McCorvey** told the same OCPD officer that, "one day, while they (OCPD officers) would be going to a call, when they came around the corner, their guns and vests won't save them." **McCorvey** further stated that his people have more fire power than the police.

Law enforcement have verified that prior to June 12, 2007, **McCorvey** had been convicted of a crime punishable by imprisonment for a term exceeding one year.

Based upon the above facts, there is probable cause to believe **D'Angelo Tyree McCorvey**, aka **Corn**, aka **Popcorn**, aka **Popcorn Deuce**, has unlawfully

3

distributed and possessed with intent to distribute controlled substances in violation of Title 21, U.S.C., Section 841(a)(1), and possessed a firearm and ammunition after a felony conviction in violation of Title 18, U.S.C., Section 922(g)(1).

/s/ Gary Johnson
Gary Johnson
Special Agent
Federal Bureau of Investigation
Oklahoma City, Oklahoma

Subscribed and sworn to before me this 5th day of February, 2008.

/s/ Gary M. Purcell
GARY M. PURCELL
United States Magistrate Judge