# UNITED STATES DISTRICT COURT
for the
Western District of Oklahoma

## Request for Modifying the Conditions or Term of Supervision with Consent of the Offender
Probation Form 49, Waiver of Hearing is Attached

Name of Offender: D'Angelo Tyree McCorvey          Case Number: CR-08-00062-001-D

Name of Judicial Officer: The Honorable Timothy D. DeGiusti (case was transferred from the Honorable Vicki Miles-LaGrange).

Date of Original Sentence: September 10, 2008

Original Offense: Count Possession of Cocaine Base (crack) with Intent to Distribute; 21 U.S.C. § 841(a)(l)

Original Sentence: 151 months custody, and 48 months supervised release

Type of Supervision: Supervised Release          Date Supervision Commenced: March 1, 2019

Previous Court Action: None

## PETITIONING THE COURT

[ X ]   To modify the conditions of supervision as follows:

**The defendant must submit to a search of his/her person, property, electronic devices or any automobile under his/her control to be conducted in a reasonable manner and at a reasonable time, for the purpose of determining possession, or evidence of possession, of firearms, controlled substances, drug paraphernalia, drug use or drug trafficking activities at the direction of the probation officer upon reasonable suspicion. Further, the defendant must inform any residents that the premises may be subject to a search.**

### JUSTIFICATION
On September 10, 2008, Mr. McCorvey was sentenced in the Western District of Oklahoma. There is no indication of non-compliance in this case. Based on the nature of his offense, this modification is requested for the intent of adding the search condition currently used in this district.

Prob 12B (10/99)                                                            D'Angelo Tyree McCorvey
CR-08-00062-001-D

Respectfully submitted by,                  Reviewed by,

Mark DeMercurio                         Loraine M. Liggins
U.S. Probation Officer                   Supervisory U.S. Probation Officer

Date: April 9, 2019                        Date: April 9, 2019

THE COURT ORDERS:

[   ]    No Action
[   ]    The Extension of Supervision as Noted Above
[ X ]    The Modification of Conditions as Noted Above
[   ]    Other


 April 10, 2019
Date

_____
TIMOTHY D. DeGIUSTI
UNITED STATES DISTRICT JUDGE

2

PROB 49

# Waiver of Hearing to Modify Conditions
# of Probation/Supervised Release or Extend Term of Supervision

## UNITED STATES DISTRICT COURT
## FOR THE
## WESTERN DISTRICT OF OKLAHOMA

    I, D'Angelo Tyree McCorvey, have been advised and understand that I am entitled by law to a hearing and assistance of counsel before any unfavorable change may be made in my Conditions of Probation or Supervised Release or my period of supervision being extended. By 'assistance of counsel', I understand that I have the right to be represented at the hearing by counsel of my own choosing if I am able to retain counsel. I also understand that I have the right to request the court to appoint counsel to represent me at such a hearing at no cost to myself if I am not able to retain counsel of my own choosing.

    I, D'Angelo Tyree McCovery, hereby voluntarily waive my statutory right to a hearing and to assistance of counsel. I also agree to the following modification of my Conditions of Probation or Supervised Release or to the proposed extension of my term of supervision:

**The defendant must submit to a search of his/her person, property, electronic devices or any automobile under his/her control to be conducted in a reasonable manner and at a reasonable time, for the purpose of determining possession, or evidence of possession of firearms, controlled substances, drug paraphernalia, drug use or drug trafficking activities at the direction of the probation officer upon reasonable suspicion. Further, the defendant must inform any residents that the premises may be subject to a search.**

Witness: _/s/ Mark DeMercurio_  
Mark DeMercurio  
U. S. Probation Officer

Signed: _D'Angelo McCorvey_  
D'Angelo Tyree McCovery  
Probationer or Supervised Releasee

3-4-19  
Date