AO 458 (Rev. 01/09)  Appearance

# United States District Court

for the

WESTERN            DISTRICT OF            OKLAHOMA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **-vs-** | ) | **No. CR-08-062-D** |
| | ) | |
| **D'ANGELO TYREE McCORVEY,** | ) | |
| | ) | |
| **Defendant.** | ) | |

## APPEARANCE OF COUNSEL

To:    The Clerk of Court and all parties of record:

I am authorized to practice in this Court, and I appear in this case as counsel for:

the plaintiff, United States of America.

I am registered to file documents electronically with this Court.


Date:  April 29, 2020

s/DAVID MCCRARY
Assistant U.S. Attorney
Bar Number:  683086 (MA)
210 Park Avenue, Suite 400
Oklahoma City, Oklahoma  73102
(405) 553-8700 (Office)
(405) 553-8888 (Fax)
David.McCrary@usdoj.gov

CERTIFICATE OF SERVICE

I hereby certify that on April 29, 2020, I electronically transmitted the attached document to the Clerk of Court using the ECF System for filing and transmittal of a Notice of Electronic Filing to the following ECF registrants:  William P. Earley

s/DAVID MCCRARY
Assistant U.S. Attorney