**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF OKLAHOMA**

| | |
|---|---|
| UNITED STATES OF AMERICA | **NOTICE** |
| vs. | |
| D'ANGELO TYREE MCCORVEY | Case Number CR-08-62-D<br>USMS No. |

Type of Case                      __X__ **CRIMINAL**

### *TAKE NOTICE*

That a proceeding in this case has been scheduled for the place, date and time set forth below:

| | |
|---|---|
| Place:  U.S. Courthouse<br>         Courtroom 301<br>         200 N.W. 4th Street<br>         Oklahoma City, Oklahoma 73102 | **DATE AND TIME**<br><br>**MAY 29, 2020 at 9:30 a.m.** |

All attorneys and other persons entering the U.S. Courthouse will be required to show valid photo identification.

| | |
|---|---|
| TYPE OF PROCEEDING | **HEARING ON SUPERVISED RELEASE**<br>(not in custody) |

TAKE NOTICE: that the proceeding below has been rescheduled as indicated below:

| | |
|---|---|
| Place:  U.S. Courthouse<br>         200 N.W. 4th Street<br>         Oklahoma City, Oklahoma 73102 | **Date and Time Previously Scheduled** |

JUDGE TIMOTHY D. DeGIUSTI

by: /s/ Mike Bailey
      Deputy Clerk

cc:    AUSA
       COUNSEL
       USMS
       USPO