# IN THE UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v.  ) | CASE NUMBER: CR-08-62-D |
| ) | |
| D'ANGELO TYREE McCORVEY, ) | |
| ) | |
| Defendant. ) | |

## ENTRY OF APPEARANCE

To the Clerk of this Court and all parties of record:

Enter my appearance as counsel in this case for Defendant, D'Angelo Tyree McCorvey.

I certify that I am admitted to practice in this court and am registered to file documents electronically with this Court.

May 27, 2020

s/ William P. Earley
WILLIAM P. EARLEY
FEDERAL PUBLIC DEFENDER
Oklahoma Bar Number: 11293
FEDERAL PUBLIC DEFENDER ORGANIZATION
WESTERN DISTRICT OF OKLAHOMA
215 Dean A. McGee   Suite 109
Oklahoma City, Oklahoma 73102
Telephone: 405-609-5930
Telefacsimile: 405-609-5932
Electronic Mail: William_Earley@fd.org
Counsel for Defendant

CERTIFICATE OF SERVICE

    I hereby certify that on May 27, 2020, I electronically transmitted the attached document to the Clerk of Court using the ECF System for filing. Based on the electronic records currently on file, the Clerk of Court will transmit a Notice of Electronic filing to David McCrary, Assistant United States Attorney.

                                   s/ William P. Earley
                                   WILLIAM P. EARLEY