Prob 12C (10/99)

# UNITED STATES DISTRICT COURT
### for the
### Western District of Oklahoma

## Amended Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: D'Angelo Tyree McCorvey               Case Number: CR-08-00062-001-D

Name of Judicial Officer: The Honorable Timothy D. DeGiusti (case was transferred from the Honorable Vicki Miles-LaGrange).

Date of Original Sentence: September 10, 2008

Original Offense: Count Possession of Cocaine Base (crack) with Intent to Distribute; 21 U.S.C. § 841(a)(l)

Original Sentence: 151 months custody, and 48 months supervised release

Type of Supervision: Supervised Release               Date Supervision Commenced: March 1, 2019

Previous Court Action:
April 19, 2019 - The court modified the terms of supervised release by adding a search condition that is currently used in the Western District of Oklahoma.

May 17, 2019 - The court was informed, Mr. McCorvey submitted a urine specimen which tested positive for cocaine and failed to submit specimens as required on two separate occasions. No court action was taken.

July 19, 2019 - The court was informed, Mr. McCorvey submitted urine specimens which tested positive for cocaine. No court action was taken.

November 5, 2019 - The court was informed, Mr. McCorvey submitted urine specimens which returned positive for cocaine and marijuana and further admitted using controlled substances. No court action was taken.

March 4, 2020 - The court was informed, Mr. McCorvey submitted urine specimens which tested positive for marijuana and further admitted using marijuana. No court action was taken.

April 6, 2020 - The court was informed, Mr. McCorvey submitted urine specimens which tested positive for marijuana and further admitted using marijuana; submitted a diluted urine specimen; and failed to provide a sample as required. No court action was taken.

Assistant U.S. Attorney: David McReary               Defense Counsel: William Earley

Prob 12C (10/99)                                                    DeAngelo Tyree McCorvey
                                                                   CR-08-00062-001-D

## PETITIONING THE COURT

[X]    To issue a summons

The probation officer believes that the offender has violated the following condition(s) of
supervision:

| <u>Violation<br>Number</u> | <u>Nature of Noncompliance</u> |
|---|---|

**1**    <u>**Violation of Mandatory Condition:**</u>  **The defendant shall not commit another
federal, state or local crime.**

Mr. McCorvey violated this condition on April 18, 2020, when he was arrested by the
Oklahoma City Police Department for Driving Under the Influence of Drugs, Failure
to Stop at a Stop Sign, and Driving without and Driver's License and State Insurance.
He was booked into the Oklahoma County Jail and subsequently released. Case # 20-
28950 is pending at the time of this report.

**2**    <u>**Violation of Mandatory Condition**</u>: **The defendant shall not unlawfully possess
a controlled substance. The defendant shall refrain from any unlawful use of a
controlled substance. The defendant shall submit to one drug test within the first
15 days of release from imprisonment and at least two periodic drug tests
thereafter, as determined by the court.**

Mr. McCorvey violated this condition when he submitted urine specimens on April
24, June 18, July 3, 9, 16, and 17, 2019, which tested positive for cocaine.

Mr. McCorvey violated this condition when he submitted urine specimens on August
27, 2019, and January 27, February 12, 25, March 13, 16, and April 27, 2020, which
tested positive for marijuana. Furthermore, he admitted he used marijuana.

**3**    <u>**Violation of Standard Condition #5**</u>: **The defendant shall work regularly at a
lawful occupation unless excused by the probation officer for schooling, training,
or other acceptable reasons.**

Mr. McCorvey has failed to maintain regular employment throughout his term of
supervised release. The probation officer was last able to verify part-time employment
in October 2019.

2

Prob 12C (10/99)                                                              DeAngelo Tyree McCorvey
                                                                             CR-08-00062-001-D

**4**      **Violation of Standard Condition #11: The defendant shall notify the probation
           officer within seventy-two hours of being arrested or questioned by a law
           enforcement officer.**

           Mr. Mcorvey was stopped by the Oklahoma City Police Department for speeding on
           May 4, 2020. He failed to report this contact to the probation officer as required.

**5**      **Violation of Special Condition: The defendant shall participate in a program of
           substance abuse aftercare at the direction of the probation officer to include
           urine, breath, or sweat patch testing; and outpatient treatment.  The defendant
           shall totally abstain from the use of alcohol and other intoxicants both during
           and after the completion of any treatment program. The defendant shall not
           frequent bars, clubs, or other establishments where alcohol is the main business.
           The court may order that the defendant contribute to the cost of services
           rendered (copayment) in an amount to be determined by the probation officer
           based on the defendant's ability to pay.**

           Mr. McCorvey violated this condition when he failed to provide a urine sample for
           testing on April 19, 26, August 9, 24, September 27, and December 10, 2019, and
           January 10, February 3, 21, March 6,  April 21, and May 13, 2020.

           Mr. McCorvey violated this condition when he submitted a specimen on September
           20, 2019, and January 27 and March 13, 2020, which were diluted.

U.S. Probation Officer Recommendation:

[X]      The term of supervision should be revoked.
[ ]       Extended for years, for a total term of years.
[ ]       The conditions of supervision should be modified as follows:

I declare under penalty of perjury that the foregoing is true and correct.

Executed on May 26, 2020,

*Mark A. DeMercurio*
Mark DeMercurio
U.S. Probation Officer

Reviewed by,

3

Prob 12C (10/99)                                                DeAngelo Tyree McCorvey
                                                                CR-08-00062-001-D

_Loraine M. Liggins_
_____
Loraine M. Liggins
Supervisory U.S. Probation Officer


Date:  May. 26, 2020
_____




THE COURT ORDERS
[  ]      No action
[  ]      The Issuance of a Warrant
[  ]      The Issuance of a Summons
[X]      Other: Amended Petition approved for filing


May 27, 2020
Date



_____
       TIMOTHY D. DeGIUSTI
       Chief United States District Judge