# IN THE UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. CR-08-62-D |
| ) | |
| D'ANGELO TYREE McCORVEY, ) | |
| ) | |
| Defendant. ) | |

## ORDER

Before the Court is Defendant's Unopposed Motion to Continue the Final Revocation Hearing. [Doc. No. 103]. For good cause shown, the Motion is **GRANTED**. Accordingly, the final revocation hearing set for May 29, 2020 is **STRICKEN**. Defendant is ordered to appear for the final revocation hearing on June 26, 2020, at 9:30 a.m.

**IT IS SO ORDERED** this 28th day of May 2020.

_____
TIMOTHY D. DeGIUSTI
Chief United States District Judge