UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| UNITED STATES OF AMERICA | **NOTICE** |
| vs. | Case Number CR-08-62-D |
| D'ANGELO TYREE MCCORVEY | USMS No. |

Type of Case            __X__ CRIMINAL

### *TAKE NOTICE*

That a proceeding in this case has been scheduled for the place, date and time set forth below:

Place:    U.S. Courthouse                   **DATE AND TIME**
          Courtroom 301
          200 N.W. 4th Street         **JUNE 24, 2020 at 9:30 a.m.**
          Oklahoma City, Oklahoma 73102

All attorneys and other persons entering the U.S. Courthouse will be required to show valid photo identification.

TYPE OF PROCEEDING          **HEARING ON SUPERVISED RELEASE**
                                                             (in custody)

TAKE NOTICE: that the proceeding below has been rescheduled as indicated below:

Place:    U.S. Courthouse            **Date and Time Previously Scheduled**
          200 N.W. 4th Street
          Oklahoma City, Oklahoma 73102      JUNE 26, 2020 at 9:30 a.m.

                                                     JUDGE TIMOTHY D. DeGIUSTI

                                                     by: /s/ Mike Bailey
                                                           Deputy Clerk

cc:      AUSA
        COUNSEL
        USMS
        USPO