# COURTROOM MINUTE SHEET

CRIMINAL CASE NO.  CR-08-62-D

UNITED STATES OF AMERICA v.  D'Angelo Tyree McCorvey

PROCEEDING:  Hearing on Supervised Release

COMMENCED  9:30    ENDED  10:15    TOTAL TIME  45 minutes

JUDGE TIMOTHY DeGIUSTI    CLERK MIKE BAILEY    REPORTER SUSAN FENIMORE

GOV'T COUNSEL  David McCrary

DEFT COUNSEL  Bill Earley

Defendant Appears in person with assistant Public Defender

Gov't Exhibits Admitted

Deft Exhibit's Admitted

| WITNESS(ES) FOR GOVERNMENT | WITNESS(ES) FOR DEFENDANT |
|---|---|
| 1. | 1. |
| 2. | 2. |
| 3. | 3. |
| 4. | 4. |
| 5. | 5. |

Defendant Remanded to Custody    Defendant Released on Conditions

ENTER ORDER:  Hearing held. Defendant advised of the allegations in the 2nd Amended Petition and stipulates to Violation number 1 and admits Violations 2-5.  The Court finds the violations are established and continues disposition for 60 days.