UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF OKLAHOMA

UNITED STATES OF AMERICA

vs.

D'ANGELO TYREE MCCORVEY

**NOTICE**

Case Number CR-08-62-D
USMS No. 17075-064

Type of Case                               X       CRIMINAL

*TAKE NOTICE*

That a proceeding in this case has been scheduled for the place, date and time set forth below:

Place:  U.S. Courthouse
        Courtroom 301
        200 N.W. 4th Street
        Oklahoma City, Oklahoma 73102

**DATE AND TIME**

**AUGUST 10, 2020 at 2:00 p.m.**

All attorneys and other persons entering the U.S. Courthouse will be required to show valid photo identification.

TYPE OF PROCEEDING        **HEARING ON SUPERVISED RELEASE**
                                  (not in custody)

TAKE NOTICE: that the proceeding below has been rescheduled as indicated below:

Place:  U.S. Courthouse
        200 N.W. 4th Street
        Oklahoma City, Oklahoma 73102

**Date and Time Previously Scheduled**

JUDGE TIMOTHY D. DeGIUSTI

by: /s/ Mike Bailey
        Deputy Clerk

cc:  AUSA
     COUNSEL
     USMS
     USPO