## COURTROOM MINUTE SHEET

CRIMINAL CASE NO.  CR-08-62-D                                        Date  August 10, 2020

UNITED STATES OF AMERICA v.  D'Angelo Tyree McCorvey

PROCEEDING:     Hearing on Supervised Release

COMMENCED    2:00        ENDED   2:30    TOTAL TIME  30 minutes

JUDGE TIMOTHY DeGIUSTI        CLERK MIKE BAILEY    REPORTER TRACY THOMPSON

GOV'T COUNSEL    David McCrary

DEFT COUNSEL     Bill Earley

Defendant Appears in person with assistant Public Defender

Gov't Exhibits Admitted

Deft Exhibit's Admitted

WITNESS(ES) FOR GOVERNMENT         WITNESS(ES) FOR DEFENDANT

1.                                                                1.
2.                                                                2.
3.                                                                3.
4.                                                                4.
5.                                                                5.

      Defendant Remanded to Custody      Defendant Released on Previously Imposed Conditions

ENTER ORDER:  Hearing held.  Defendant advised of the allegations of violation of Supervised Release and admits the allegations.  The Court has previously found the allegations on 2nd Amended Petition have been established and finds the allegations in the 3rd Amended Petition have been established. Defendant is sentenced to the custody of the BOP for a term of 6 months and 24 months of Supervised Release is imposed with all mandatory and standard conditions along with the additional conditions listed on page 4 of the Amended Violation Report.  Defendant advised of the right to appeal and appeal IFP.  The Court recommends FCI-El Reno, OK, if eligible as place of confinement.